IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| PARK CONSTRUCTION AND BUILDING MAINTENANCE, LLC, | § § § | |
| Plaintiff, | § § | |
| V. | § § | No. 3:23-cv-2270-E-BN |
| BUREAU VERITAS PROJECT MANAGEMENT LLC and RICHARD W. JOHNSON, | § § § § § | |
| Defendants. | § § | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND
RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. No objections were filed. The District Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court ACCEPTS the Findings, Conclusions, and Recommendation of the United States Magistrate Judge. The Court therefore DENIES Defendant Bureau Veritas Project Management LLC's motion to dismiss this lawsuit with prejudice under Federal Rules of Civil Procedure 37 and 41 [Dkt. No. 36] WITHOUT PREJUDICE to its ability to move for payment of reasonable expenses, including attorney's fees, based on the conduct outlined in the motion to dismiss.

SO ORDERED this 4th day of December, 2024.

Ada Brown
UNITED STATES DISTRICT JUDGE