**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| Park Construction and Building Maintenance, LLC, | § § § § | |
| *Plaintiff*, | § § | Civil Action No. 3:23-CV-2270-E-BN |
| v. | § § | |
| Bureau Veritas Project Management, LLC, and Richard W. Johnson, | § § § § | |
| *Defendants*. | § § § | |

### ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The Court conducted an independent review of the pleadings, files and records in this case, and the Findings, Conclusions, and Recommendation of the United States Magistrate Judge dated January 15, 2026 (ECF No. 83). Defendants Bureau Veritas Project Management LLC and Richard W. Johnson filed objections (ECF Nos. 84 and 85). The Court reviewed *de novo* those portions of the proposed findings, conclusions, and recommendation to which objection was made, and reviewed the remaining proposed findings, conclusions, and recommendation for plain error. The Court has found no error in the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

The Court finds that the Findings and Recommendation of the Magistrate Judge are correct, and they are accepted as the Findings, Conclusions, and Recommendation of the Court. **IT IS, THEREFORE, ORDERED** that the Findings, Conclusions, and Recommendation of the United States Magistrate Judge are accepted. The Court also finds that Defendants Bureau Veritas Project Management LLC and Richard W. Johnson provided evidence that is at least sufficient to support

a jury finding of the citizenship of each party (ECF Nos. 84 and 85). Therefore, Defendants'

Motions for Summary Judgment (ECF No. 70 and 73) are **GRANTED**, and Plaintiff's Claims are

**DISMISSED WITH PREJUDICE.** The Clerk of Court is hereby directed to close the case.

    **SO ORDERED.**

    20th day of March, 2026.

ADA BROWN
UNITED STATES DISTRICT JUDGE